JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUL GARCIA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>STAINER,<br><br>　　　　　Respondent.<br>_____ | Case No. CV 12-1965-DSF (SP)<br><br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

　　　　1/5/15

Dated: _____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE